# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

LEODIS RANDLE                                                                              PLAINTIFF

v.                                      4:19-cv-00547-SWW-JJV

ERIC HIGGINS, *et al.*,                                                                   DEFENDANTS

## **PROPOSED FINDINGS AND RECOMMENDATIONS**

### **INSTRUCTIONS**

The following recommended disposition has been sent to United States District Judge Susan Webber Wright. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.   Why the record made before the Magistrate Judge is inadequate.

2.   Why the evidence proffered at the hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3. The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## **DISPOSITION**

Leodis Randle ("Plaintiff"), incarcerated at the Pulaski County Detention Center, filed this action *pro se* pursuant to 42 U.S.C. § 1983. (Doc. No. 2.) He also filed a motion to proceed *in forma pauperis*. (Doc. No. 1.) Plaintiff is a "three striker." (Doc. No. 4.) He alleges Defendant Austin sexually assaulted him on January 30, 2019. (Doc. No. 2 at 10.) He further alleges unlawful search and seizure in connection with a gun that was the basis of his possession of firearms by certain persons conviction. (*Id*. at 2, 8-10.) The allegations Plaintiff makes are of past conduct; the record does not support a finding that Plaintiff is in imminent danger of serious physical injury.

On August 13, 2019, I denied Plaintiff's motion to proceed *in forma pauperis* and directed him to file the statutory filing fee of $400.00 within fourteen days. (Doc. No. 4.) Plaintiff was warned that his failure to do so would result in the dismissal of this action without prejudice. (*Id*.) More than fourteen days have passed and Plaintiff has not paid the filing fee or otherwise responded to the August 13 Order.

IT IS, THEREFORE, RECOMMENDED that:

1. Plaintiff's Complaint (Doc. No. 2) be DISMISSED without prejudice.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations and the accompanying Judgment would not be taken in good faith.

DATED this 28th day of August 2019.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE