# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

LEODIS RANDLE                                                                                    PLAINTIFF

v.                                            4:19-CV-00547-SWW

ERIC HIGGINS, *et al.*,                                                                         DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 17th day of September, 2019.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE